# CIVIL COVER SHEET

JS-44 (Rev. 11/2020 DC)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Stephanie Fell, Stephanie Gilliard, L.L. Smith and Mahri Stainnak, individually and on behalf of all others similarly situated | Donald J. Trump, in his official capacity as President of the United States et al. (See Attached) |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Washington D.C.<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br><br>(See Attached) | ATTORNEYS (IF KNOWN) |
|---|---|

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ◉ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place an X in one category, A-N, that best represents your Cause of Action and one in a corresponding Nature of Suit)

**A. Antitrust**
- ☐ 410 Antitrust

**B. Personal Injury/Malpractice**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Product Liability

**C. Administrative Agency Review**
- ☐ 151 Medicare Act

**Social Security**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

**E. General Civil (Other)**   OR   **F. Pro Se General Civil**

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Conditions
- ☐ 560 Civil Detainee – Conditions of Confinement

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent – Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016 (DTSA)

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**Other Statutes**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc
- ☐ 460 Deportation
- ☐ 462 Naturalization Application

- ☐ 465 Other Immigration Actions
- ☐ 470 Racketeer Influenced & Corrupt Organization
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act (TCPA)
- ☐ 490 Cable/Satellite TV
- ☐ 850 Securities/Commodities/Exchange
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ G. *Habeas Corpus/ 2255* | ◉ H. *Employment Discrimination* | ○ I. *FOIA/Privacy Act* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ **530 Habeas Corpus – General** <br> ☐ **510 Motion/Vacate Sentence** <br> ☐ **463 Habeas Corpus – Alien Detainee** | ☒ **442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)** <br><br> *(If pro se, select this deck)* | ☐ **895 Freedom of Information Act** <br> ☐ **890 Other Statutory Actions (if Privacy Act)** <br><br> *(If pro se, select this deck)* | ☐ **152 Recovery of Defaulted Student Loan (excluding veterans)** |
| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ **710 Fair Labor Standards Act** <br> ☐ **720 Labor/Mgmt. Relations** <br> ☐ **740 Labor Railway Act** <br> ☐ **751 Family and Medical Leave Act** <br> ☐ **790 Other Labor Litigation** <br> ☐ **791 Empl. Ret. Inc. Security Act** | ☐ **441 Voting (if not Voting Rights Act)** <br> ☐ **443 Housing/Accommodations** <br> ☐ **440 Other Civil Rights** <br> ☐ **445 Americans w/Disabilities – Employment** <br> ☐ **446 Americans w/Disabilities – Other** <br> ☐ **448 Education** | ☐ **110 Insurance** <br> ☐ **120 Marine** <br> ☐ **130 Miller Act** <br> ☐ **140 Negotiable Instrument** <br> ☐ **150 Recovery of Overpayment & Enforcement of Judgment** <br> ☐ **153 Recovery of Overpayment of Veteran's Benefits** <br> ☐ **160 Stockholder's Suits** <br> ☐ **190 Other Contracts** <br> ☐ **195 Contract Product Liability** <br> ☐ **196 Franchise** | ☐ **441 Civil Rights – Voting (if Voting Rights Act)** |

## V. ORIGIN

◉ **1 Original Proceeding**    ○ **2 Removed from State Court**    ○ **3 Remanded from Appellate Court**    ○ **4 Reinstated or Reopened**    ○ **5 Transferred from another district (specify)**    ○ **6 Multi-district Litigation**    ○ **7 Appeal to District Judge from Mag. Judge**    ○ **8 Multi-district Litigation – Direct File**

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
First Amendment; Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.; and Civil Service Reform Act (CSRA), 5 U.S.C. § 7511 et seq.

**VII. REQUESTED IN COMPLAINT**    ☒ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23    **DEMAND $** **JURY DEMAND:**    Check YES only if demanded in complaint    YES ☒    NO ☐

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form

DATE: ___12/3/2025___    SIGNATURE OF ATTORNEY OF RECORD _____/s/ Edward Baker_____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
**Authority for Civil Cover Sheet**

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

**I.**    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

**III.**    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

**IV.**    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of the case.

**VI.**    CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

**VIII.**    RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

I. (a) Defendants

DONALD J. TRUMP, in his official capacity as President of the United States;

SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management;

OFFICE OF PERSONNEL MANAGEMENT;

RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget;

OFFICE OF MANAGEMENT AND BUDGET;

PAMELA BONDI, in her official capacity as Attorney General of the United States;

UNITED STATES DEPARTMENT OF JUSTICE;

BROOKE ROLLINS, in her official capacity as Secretary of Agriculture;

UNITED STATES DEPARTMENT OF AGRICULTURE;

JOHN L. RATCLIFFE, in his official capacity as Director of the Central Intelligence Agency;

CENTRAL INTELLIGENCE AGENCY;

HOWARD LUTNICK, in his official capacity as Secretary of Commerce;

UNITED STATES DEPARTMENT OF COMMERCE;

CAROLINE D. PHAM, in her official capacity as Acting Chairman of the Commodity Futures Trading Commission;

COMMODITY FUTURES TRADING COMMISSION;

PETE HEGSETH, in his official capacity as Secretary of Defense;

UNITED STATES DEPARTMENT OF DEFENSE;

LINDA MCMAHON, in her official capacity as Secretary of Education;

UNITED STATES DEPARTMENT OF EDUCATION;

CHRIS WRIGHT, in his official capacity as Secretary of Energy;

UNITED STATES DEPARTMENT OF ENERGY;

1

LEE ZELDIN, in his official capacity as Administrator of the Environmental Protection Agency;

ENVIRONMENTAL PROTECTION AGENCY;

BRYAN BEDFORD, in his official capacity as Administrator of the Federal Aviation Administration;

FEDERAL AVIATION ADMINISTRATION;

JEROME H. POWELL, in his official capacity as Chairman of the Federal Reserve Board;

FEDERAL RESERVE BOARD;

ANDREW N. FERGUSON, in his official capacity as Chairman of the Federal Trade Commission;

FEDERAL TRADE COMMISSION;

MARTIN A. MAKARY, in his official capacity as Commissioner of the Food and Drug Administration;

FOOD AND DRUG ADMINISTRATION;

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services;

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;

KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security;

UNITED STATES DEPARTMENT OF HOMELAND SECURITY;

SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development;

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT;

DOUG BURGUM, in his official capacity as Secretary of the Interior;

UNITED STATES DEPARTMENT OF THE INTERIOR;

LORI CHAVEZ-DEREMER, in her official capacity as Secretary of Labor;

UNITED STATES DEPARTMENT OF LABOR;

SEAN DUFFY, in his official capacity as Acting Administrator of the National Aeronautics and Space Administration;

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION;

JAY BHATTACHARYA, in his official capacity as Director of the National Institutes of Health;

NATIONAL INSTITUTES OF HEALTH;

TULSI GABBARD, in her official capacity as Director of National Intelligence;

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE;

MARCO RUBIO, in his official capacity as Secretary of State;

UNITED STATES DEPARTMENT OF STATE;

SEAN DUFFY, in his official capacity as Secretary of Transportation;

UNITED STATES DEPARTMENT OF TRANSPORTATION;

SCOTT BESSENT, in his official capacity as Secretary of the Treasury;

UNITED STATES DEPARTMENT OF THE TREASURY;

DOUGLAS A. COLLINS, in his official capacity as Secretary of Veterans Affairs; and

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS

I. (c) Plaintiffs' Attorneys

Kelly M. Dermody (D.C. Bar No. 90032320)
Edward Baker (D.C. Bar No. 1643616)
Jessica A. Moldovan (NY Bar No. 5615943)
Jahi J. Liburd (NY Bar No. 6015812)
Lieff Cabraser Heimann & Bernstein LLP
250 Hudson Street 8th Floor
New York, NY 10013
Tel.: (212) 355-9500
kdermody@lchb.com
ebaker@lchb.com
jmoldovan@lchb.com
jliburd@lchb.com

Mary E. Kuntz (D.C. Bar No. 1000482)
Anna Kathryn B. Barry (D.C. Bar No. 1719493)
Hector Ruiz (D.C. Bar No. 90035280)
Kalijarvi, Chuzi, Newman & Fitch P.C.
818 Connecticut Ave., NW, Suite 1000
Washington, D.C. 20006
Tel.: (202) 331-9260
Fax: (866) 452-5789
mkuntz@kcnlaw.com
akbarry@kcnlaw.com
hruiz@kcnlaw.com

Scott Michelman (D.C. Bar No. 1006945)
Aditi Shah (D.C. Bar No. 90033136)
American Civil Liberties Union Foundation
of the District of Columbia
529 14th Street NW, Suite 722
Washington, D.C. 20045
Tel.: (202) 457-0800
smichelman@acludc.org
ashah@acludc.org

4