AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| Fell et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No.    1:25-cv-4206 |
| Trump et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all plaintiffs                                                                                                        .

Date:    12/03/2025

/s/Scott Michelman
*Attorney's signature*

Scott Michelman, D.C. Bar No. 1006945
*Printed name and bar number*

ACLU Foundation of the District of Columbia
529 14th St. NW, Suite 722
Washington, DC 20045

*Address*

smichelman@acludc.org
*E-mail address*

(202) 601-4267
*Telephone number*

*FAX number*