# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

STEPHANIE FELL
c/o Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street 8th Floor
New York, NY 10013

STEPHANIE GILLIARD
c/o Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street 8th Floor
New York, NY 10013

L.L. SMITH
c/o Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street 8th Floor
New York, NY 10013, and

MAHRI STAINNAK
c/o Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street 8th Floor
New York, NY 10013,

*individually and on behalf of all others
similarly situated,*

        Plaintiffs,

    v.

DONALD J. TRUMP, in his official capacity
as President of the United States
1600 Pennsylvania Avenue NW
Washington, DC 20500;

OFFICE OF PERSONNEL MANAGEMENT
1900 E Street NW
Washington, DC 20415;

SCOTT KUPOR, in his official capacity as
Director of the Office of Personnel
Management
1900 E Street NW
Washington, DC 20415;

OFFICE OF MANAGEMENT AND
BUDGET
725 17th Street NW
Washington, DC 20503;

Case No. 1:25-cv-04206

**MOTION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**

3375421.1

RUSSELL VOUGHT, in his official capacity
as Director of the Office of Management and
Budget
725 17th Street NW
Washington, DC 20503;

DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Washington, DC 20530;

PAMELA BONDI, in her official capacity as
Attorney General of the Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530;

DEPARTMENT OF AGRICULTURE
1400 Independence Avenue SW
Washington, DC 20250;

BROOKE ROLLINS, in her official capacity
as Secretary of Agriculture
1400 Independence Avenue SW
Washington, DC 20250;

CENTRAL INTELLIGENCE AGENCY
930 Dolley Madison Blvd.
McLean, VA 22101;

JOHN L. RATCLIFFE, in his official capacity
as Director of the Central Intelligence Agency
930 Dolley Madison Blvd.
McLean, VA 22101;

DEPARTMENT OF COMMERCE
1401 Constitution Avenue NW
Washington, DC 20230;

HOWARD LUTNICK, in his official capacity
as Secretary of Commerce
1401 Constitution Avenue NW
Washington, DC 20230;

COMMODITY FUTURES TRADING
COMMISSION
1155 21st Street, NW
Washington, DC 20581

CAROLINE D. PHAM, in her official capacity
as Acting Chairman of the Commodity Futures
Trading Commission
1155 21st Street, NW
Washington, DC 20581

DEPARTMENT OF DEFENSE
1400 Defense Pentagon
Washington, DC 20301-1400;

PETE HEGSETH, in his official capacity as
Secretary of Defense
1400 Defense Pentagon
Washington, DC 20301-1400;

DEPARTMENT OF EDUCATION
400 Maryland Avenue SW
Washington, DC 20202;

LINDA McMAHON, in her official capacity
as Secretary of Education
400 Maryland Avenue SW
Washington, DC 20202;

DEPARTMENT OF ENERGY
1000 Independence Avenue SW
Washington, DC 20585;

CHRIS WRIGHT, in his official capacity as
Secretary of Energy
1000 Independence Avenue SW
Washington, DC 20585;

ENVIRONMENTAL PROTECTION
AGENCY
1200 Pennsylvania Avenue NW
Washington, DC 20460;

LEE ZELDIN, in his official capacity as
Administrator of the Environmental Protection
Agency
1200 Pennsylvania Avenue NW
Washington, DC 20460;

FEDERAL AVIATION ADMINISTRATION
800 Independence Avenue SW
Washington, DC 20591;

BRYAN BEDFORD, in his official capacity as
Administrator of the Federal Aviation
Administration
800 Independence Avenue SW
Washington, DC 20591;

FEDERAL RESERVE BOARD
20th & Constitution Avenue NW
Washington, DC 20551;

JEROME H. POWELL, in his official capacity
as Chairman of the Federal Reserve Board
20th & Constitution Avenue NW
Washington, DC 20551;

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue NW
Washington, DC 20508;

ANDREW N. FERGUSON, in his official
capacity as Chairman of the Federal Trade
Commission
600 Pennsylvania Avenue NW
Washington, DC 20508;

FOOD AND DRUG ADMINISTRATION
10903 New Hampshire Avenue
Silver Spring, MD 20993;

MARTIN A. MAKARY, in his official
capacity as Commissioner of the Food and
Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993;

DEPARTMENT OF HEALTH AND HUMAN
SERVICES
200 Independence Avenue SW
Washington, DC 20201;

ROBERT F. KENNEDY, JR., in his official
capacity as Secretary of Health and Human
Services
200 Independence Avenue SW
Washington, DC 20201;

DEPARTMENT OF HOMELAND
SECURITY
245 Murray Lane SW
Washington, DC 20528;

KRISTI NOEM, in her official capacity as
Secretary of the Department of Homeland
Security
245 Murray Lane SW
Washington, DC 20528;

DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT
451 Seventh Street SW
Washington, DC 20410;

3375421.1

SCOTT TURNER, in his official capacity as
Secretary of Housing and Urban Development
451 Seventh Street SW
Washington, DC 20410;

DEPARTMENT OF THE INTERIOR
1849 C Street NW
Washington, DC 20240;

DOUG BURGUM, in his official capacity as
Secretary of the Interior
1849 C Street NW
Washington, DC 20240;

DEPARTMENT OF LABOR
200 Constitution Avenue NW
Washington, DC 20210;

LORI CHAVEZ-DEREMER, in her official
capacity as Secretary of Labor
200 Constitution Avenue NW
Washington, DC 20210;

NATIONAL AERONAUTICS AND SPACE
ADMINISTRATION
300 E Street SW
Suite 5R30
Washington, DC 20546;

SEAN DUFFY, in his official capacity as
Acting Administrator of the National
Aeronautics and Space Administration
300 E Street SW
Suite 5R30
Washington, DC 20546;

NATIONAL INSTITUTES OF HEALTH
9000 Rockville Pike
Bethesda, MD 20892;

JAY BHATTACHARYA, in his official
capacity as Director of the National Institutes
of Health
9000 Rockville Pike
Bethesda, MD 20892;

OFFICE OF THE DIRECTOR OF
NATIONAL INTELLIGENCE
1500 Tysons McLean Dr.
McLean, VA 22102;

TULSI GABBARD, in her official capacity as
Director of National Intelligence
1500 Tysons McLean Dr.
McLean, VA 22102;

DEPARTMENT OF STATE
2201 C Street, NW
Washington, DC 20520;

MARCO RUBIO, in his official capacity as
Secretary of State,
2201 C Street, NW
Washington, DC 20520;

DEPARTMENT OF TRANSPORTATION
1200 New Jersey Avenue SE
Washington, DC 20590;

SEAN DUFFY, in his official capacity as
Secretary of Transportation
1200 New Jersey Avenue SE
Washington, DC 20590;

DEPARTMENT OF THE TREASURY
1500 Pennsylvania Avenue NW
Washington, DC 20220;

SCOTT BESSENT, in his official capacity as
Secretary of the Treasury
1500 Pennsylvania Avenue NW
Washington, DC 20220;

DEPARTMENT OF VETERANS AFFAIRS
810 Vermont Avenue NW
Washington, DC 20420;

DOUGLAS A. COLLINS, in his official
capacity as Secretary of Veterans Affairs
810 Vermont Avenue NW
Washington, DC 20420;

Defendants.

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission and appearance of attorney Jahi J. Liburd *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Jahi Liburd, filed herewith. As set forth in Mr. Liburd's declaration, he is admitted and an active member in good standing the following courts and bars: the New York State Bar, the U.S. District Court for the Eastern District of New York, and the U.S. District Court for the Southern District of New York. This motion is supported and signed by Edward Baker, an active and sponsoring member of the Bar of this Court.

Dated: December 4, 2025

*/s/ Edward Baker*

Edward Baker (D.C. Bar No. 1643616)
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street 8th Floor
New York, NY 10013
Tel.: (212) 355-9500
ebaker@lchb.com

*Attorneys for Plaintiffs and the Class*

3375421.1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on December 9, 2025, I electronically filed the foregoing

**MOTION FOR ADMISSION *PRO HAC VICE* OF JAHI J. LIBURD** with the Clerk of the

Court using the CM/ECF system, which will send notification of such filing to all registered

participants.

*/s/ Edward Baker*
Edward Baker
