AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-04206

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney's Office for the District of Columbia
was received by me on *(date)* 12/12/2025 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Pursuant to FRCP 5(b)(2)(E) and the D.C. USAO's guidance on Service of Process for Civil Actions, effective October 4, 2024, a copy of the Summons for the U.S. Attorney's Office for D.C., a copy of the Notice of Consent Form issued by the clerk for the U.S. District Court for the District of Columbia, and a copy of the Complaint, were served by electronic mail to the designated address (USADC.ServiceCivil@usdoj.gov) on December 5, 2025. A response from that e-mail address confirming receipt and acceptance of service was recevied on December 12, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/19/2025

/s/ Edward Baker
*Server's signature*

Edward Baker, Counsel for Plaintiff
*Printed name and title*

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson St, 8th Fl.
New York, NY 10013
*Server's address*

Additional information regarding attempted service, etc: