# Liburd, Jahi J.

| | |
|---|---|
| **From:** | USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov> |
| **Sent:** | Friday, December 12, 2025 12:46 PM |
| **To:** | Liburd, Jahi J.; USADC-ServiceCivil |
| **Cc:** | Moldovan, Jessica A. |
| **Subject:** | [EXT] RE: Fell et al. v. Trump et al., No. 1:25-cv-04206-TSC |

The summons and complaint have been received by email, with a service date of December 5, 2025.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

**From:** Liburd, Jahi J. <jliburd@lchb.com>
**Sent:** Friday, December 5, 2025 9:41 AM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Moldovan, Jessica A. <jmoldovan@lchb.com>
**Subject:** [EXTERNAL] Fell et al. v. Trump et al., No. 1:25-cv-04206-TSC

Dear Civil Process Clerk:

Please find attached, for service on the U.S. Attorney's Office for the District of Columbia, the summons and complaint in the matter of Stephanie Fell, Stephanie Gilliard, L.L. Smith, and Mahri Stainnak, on behalf of themselves and all others similarly situated v. Donald J. Trump, et al., No. 1:25-cv-04206-TSC (D.D.C.).

Please confirm receipt of service or let us know if anything further is required to effect service.

Regards,



**Jahi J. Liburd**
jliburd@lchb.com
t 212.355.9500
f 212.355.9592

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
www.lieffcabraser.com