AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-4206

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Doug Burgum, in his official capacity as Sec. of the Interior

was received by me on *(date)*        12/04/2025              .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served Doug Burgum, in his official capacity as Sec. of the Interior by sending a copy of the summons and complaint via USPS certified mail on December 9, 2025. Please see the attached USPS receipt, showing the delivery address, and the delivery confirmation, showing that the summons and complaint were delivered on December 17, 2025.                                                                                    .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00        .

I declare under penalty of perjury that this information is true.

Date:     01/28/2026                                      /s/  Kelly M. Dermody
                                                          *Server's signature*

                                          Kelly M. Dermody, Counsel for Plaintiff
                                                  *Printed name and title*

                                          Lieff Cabraser Heimann & Bernstein, LLP
                                                    250 Hudson St, 8th Fl.
                                                    New York, NY 10013
                                                    *Server's address*

Additional information regarding attempted service, etc:

Print        Save As...                                    Reset

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1  Doug Burgum, in his official capacity as Secretary of the Interior
1849 C Street NW
Washington, DC 20240

9590 9402 9022 4122 4951 05

2. (Transfer from service label)
7019 0700 0001 7540 9332

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☒ Agent
☐ Addressee

B. Received by (Printed Name)
G. Dodds

C. Date of Delivery
12/17/25

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**USPS TRACKING#**

CAPITAL DISTRICT 208

19 DEC 2025 AM 1 L

9590 9402 9022 4122 4951 05

**First-Class Mail**
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

**Lieff Cabraser Heimann & Bernstein, LLP**
**275 Battery Street, Suite 2900**
**San Francisco, CA 94111-3339**

JR-4422

ALERT: WINTER WEATHER IN THE NORTHERN PLAINS, GREAT LAKES, OHIO VALLEY, AND NORTHEAST REGI...

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 70190700000175409332

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 1:16 pm on December 17, 2025 in WASHINGTON, DC 20240.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
WASHINGTON, DC 20240
December 17, 2025, 1:16 pm

● **Arrived at Post Office**
WASHINGTON, DC 20018
December 17, 2025, 11:19 am

● **In Transit to Next Facility**
December 16, 2025

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
December 12, 2025, 12:03 pm

● **Arrived at USPS Regional Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER
December 10, 2025, 9:13 pm

● **Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean?**
**(https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs