# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

FELL, *et al.*,

    Plaintiffs,

     v.

DONALD J. TRUMP,
*in his official capacity as*
*President of the United States,*
*et al.*

    Defendants.

Case No. 1:25-cv-04206

## CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF AND DAMAGES

Under Fed. R. Civ. P. 6(b)(1)(A), Defendants respectfully move for a 60-day extension of their deadline to respond to Plaintiffs' first amended class action complaint for injunctive and declaratory relief and damages from February 3, 2026 to April 6, 2026.[1]  Good cause supports this request, which Plaintiffs' counsel have consented to, as detailed below.

1.  On December 3, 2025, Plaintiffs filed a class action complaint for injunctive and declaratory relief and damages. *See* ECF No. 1.

2.  Under the Court's Order of December 19, 2025, Defendants' deadline to respond to the original complaint was set for February 3, 2026. *See* ECF No. 7.

3.  On January 12, 2026, Plaintiffs filed their first amended class action complaint for injunctive and declaratory relief and damages. *See* ECF No. 8.

---

[1] Because sixty days from February 3, 2026, falls on Saturday, April 4, 2026, Defendants request an extension until Monday, April 6, 2026, the next business day.

4. Due to competing responsibilities in other litigation matters, Defendants require additional time to coordinate with the more than twenty defendant agencies named in the amended complaint and prepare a response sufficient to assist the Court in adjudicating the claims presented. Accordingly, Defendants request that their deadline to respond to Plaintiffs' first amended class action complaint for injunctive and declaratory relief and damages be extended until Monday, April 6, 2026.

5. Undersigned counsel conferred with counsel for Plaintiffs, who indicated that Plaintiffs consent to the requested relief. *See* LCvR 7(m).

Therefore, Defendants respectfully request that their deadline to respond to Plaintiffs' first amended class action complaint for injunctive and declaratory relief and damages be extended until **April 6, 2026**.

Dated:  February 1, 2026                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Kian K. Azimpoor*
KIAN KEVIN AZIMPOOR (DC Bar # 90024613)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel:  (202) 598-0860;  Fax:  (202) 616-8470
E-mail:  kian.k.azimpoor@usdoj.gov

*Counsel for Defendants*

2