**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FELL, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP,<br>*in his official capacity as*<br>*President of the United States,*<br>*et al.*<br><br>        Defendants. | Case No. 1:25-cv-04206 |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Consent Motion for an Extension of Time to Respond to Plaintiffs' First Amended Class Action Complaint for Injunctive and Declaratory Relief and Damages, and for good cause shown, it is hereby ORDERED that Defendants' Consent Motion is GRANTED; and it is further ORDERED that Defendants' deadline respond to Plaintiffs' First Amended Class Action Complaint for Injunctive and Declaratory Relief and Damages is extended to April 6, 2026.

IT IS SO ORDERED.

_____
Date

_____
TANYA S. CHUTKAN
United States District Judge