AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-4206- TSG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Brooke Rollins, in her official capacity as Sec. Agriculture was received by me on *(date)* 12/04/2025 .

❐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served Brooke Rollins, in her official capacity as Secretary of Agriculture, by sending a copy of the summons and complaint via USPS certified mail on December 9, 2025. Please see the attached USPS receipt, showing the delivery address, and the USPS delivery confirmation, showing that the summons and complaint were delivered on December 19, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/03/2026

/s/ Kelly M. Dermody
*Server's signature*

Kelly M. Dermody, Counsel for Plaintiff
*Printed name and title*

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson St, 8th Fl.
New York, NY 10013
*Server's address*

Additional information regarding attempted service, etc:





ALERT: WINTER WEATHER IN THE NORTHERN PLAINS, GREAT LAKES, OHIO VALLEY, AND NORTHEAST REGI…

# USPS Tracking®

FAQs >

Track Packages Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 70190700000175409578

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 12:34 pm on December 19, 2025 in WASHINGTON, DC 20250.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20250
December 19, 2025, 12:34 pm

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20250
December 17, 2025, 2:11 pm

Feedback

● **Arrived at Post Office**
WASHINGTON, DC 20018
December 17, 2025, 10:09 am

● **In Transit to Next Facility**
December 16, 2025

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
December 12, 2025, 12:03 pm

● **Arrived at USPS Regional Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER
December 10, 2025, 9:12 pm

● **Hide Tracking History**

What Do USPS Tracking Statuses Mean?

(https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs