AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-4206-TSG

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Central Intelligence Agency
was received by me on *(date)* 12/04/2025.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the Central Intelligence Agency, by sending a copy of the summons and amended complaint via USPS certified mail on January 27, 2026. Please see the attached USPS receipt, showing the delivery address, and the USPS delivery confirmation, showing that the summons and amended complaint were delivered on February 4, 2026.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 03/03/2026

/s/ Kelly M. Dermody
*Server's signature*

Kelly M. Dermody, Counsel for Plaintiff
*Printed name and title*

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson St, 8th Fl.
New York, NY 10013
*Server's address*

Additional information regarding attempted service, etc:



ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY PROCESSING, TRANSPORT AND FIN…

# USPS Tracking®

FAQs >

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More
(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 70212720000049584588

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at the post office at 7:13 am on February 4, 2026 in WASHINGTON, DC 20505.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20505
February 4, 2026, 7:13 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20505
February 3, 2026, 1:01 pm

● **Arrived at Post Office**
WASHINGTON, DC 20018
February 3, 2026, 12:56 pm

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
February 2, 2026, 12:41 am

● **In Transit to Next Facility**
February 1, 2026

● **Arrived at USPS Regional Facility**
JERSEY CITY NJ DISTRIBUTION CENTER
January 31, 2026, 11:31 am

● **Arrived at USPS Regional Origin Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER

Feedback

January 27, 2026, 8:06 pm

**Departed Post Office**
SAN FRANCISCO, CA 94126
January 27, 2026, 6:44 pm

**USPS in possession of item**
SAN FRANCISCO, CA 94126
January 27, 2026, 4:35 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs