# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

STEPHANIE FELL, *et al.*,

individually and on behalf of all others
similarly situated,

       *Plaintiffs*,

    v.

DONALD J. TRUMP, in his official capacity
as President of the United States, *et al.*,

       *Defendants*.

Case No. 1:25-cv-4206 (TSC)

## DECLARATION OF STEPHANIE FELL
## IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Stephanie Fell, declare as follows:

1.      I am an individual over the age of 18. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      I submit this declaration in support of my request to be appointed a Class Representative in the above-referenced case.

3.      I am a white woman and a former Supervisory Program Analyst, GS-15 at the U.S. Department of Homeland Security ("DHS"), Office for Civil Rights and Civil Liberties ("CRCL").

4.      Like other Class members, I have been subjected to termination from federal employment due to Executive Order 14151 ("Ending Radical and Wasteful Government DEI Programs and Preferencing") ("EO 14151"), Executive Order 14173 ("Ending Illegal Discrimination and Restoring Merit-Based Opportunity") ("EO 14173") (collectively, the "anti-

-1-

DEI Executive Orders"), and the guidance of the U.S. Office of Personnel Management to implement those directives.

5.     I received my undergraduate degree from The College of the Holy Cross and law degree from Fordham University School of Law. Before entering federal service, I worked as an associate and litigation attorney at private law firms. Also, I served as a Program Consultant with Save the Children (UK) in Accra, Ghana, and as a Program Director at the Key Bridge Foundation, where I produced a training curriculum and technical assistance manual on the cross-sections between disability access and Department of Transportation regulations related to air travel.

6.     I began my federal employment in 2005 as an Attorney Advisor at the Federal Emergency Management Agency ("FEMA") Office of Chief Counsel. Since my first federal job, I have worked for the federal government as a Trial Attorney at the Office of Chief Counsel at FEMA; a Senior Advisor at the Office of Disability Integration and Coordination at FEMA; an Acting Team Lead and Senior Policy Advisor at the Office of Civil Rights at FEMA; and a Senior Policy Advisor within the Compliance Branch at the DHS CRCL. I worked under both Democratic and Republican administrations.

7.     During my employment for the federal government, I received excellent annual performance evaluations and was never subject to any disciplinary action.

8.     On November 5, 2024, I was working as Deputy Director within the Antidiscrimination Group at the DHS CRCL. In January of 2025, I was supporting policy development and leading efficiency and accountability measures relating to DHS's Section 504 compliance. I was also leading efforts to strengthen civil rights compliance and enforcement requirements for recipients of DHS financial assistance.

9.      Despite my strong performance on behalf of the American people, on January 30, 2025, I received a notice that I was being placed on Administrative Leave.  At that time, Peter Mina, who was then the Senior Official Performing the Duties of the CRCL Officer, informed me that the action was taken to implement the new executive orders targeting Diversity, Equity, and Inclusion (DEI) and related programs. Specifically, Mr. Mina informed me that our office's implementation of anti-DEI Executive Orders required my name to be provided to OPM as "engaged in DEI work as of November 5, 2024." Upon being placed on Administrative Leave, I was immediately denied access to my job and cut off from access to my government email.

10.      On March 27, 2025, I received a Reduction-in-Force ("RIF") notice, stating that my effective termination date would be May 27, 2025.  I was not provided any opportunity to seek different government work for which I was qualified.

11.      I am aware of other similarly situated people in the federal workforce who were subjected to termination due to the anti-DEI Executive Orders. To my knowledge, all are women and/or persons of color. I believe that the federal government's anti-DEI campaign has had a disproportionate impact on women and people of color, and that such impact was intentional. I also believe that employees, like me and other Class members who were associated with the concepts of diversity, equity, and inclusion, were targeted for termination because of the perception that our work assisted protected racial or gender groups. I also believe that, like other Class members, I was targeted based on a perception that my political views were different from the President's or were associated with a Democratic administration or different political ideology or viewpoint than the current administration.

12.    Because of anti-DEI Executive Orders and their implementing guidance, I suffered the loss of my position and career trajectory, as well as lost pay and benefits, professional and reputational harm, and emotional distress.

13.    I understand the duty of a Class Representative to look out for the best interests of the Class, and I have and will continue to fulfill this duty. I have stayed informed about the claims and the underlying facts in this case. I have retained lawyers who are experienced in employment law, civil and constitutional rights, and class actions. Further, I have reviewed and edited draft pleadings before they were filed in my name. I am able and committed to continue to pursue this case and will remain actively involved to represent the best interests of Class members.

14.    I have no individual claims in conflict with the Class's interests.

I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct.  Executed at Washington, D.C., on February 27, 2026.

By: _____
Stephanie Fell

-4-