IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE FELL *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>DONALD J. TRUMP *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-4206 (TSC) |

## DECLARATION OF MARY E. KUNTZ

I, Mary E. Kuntz, declare:

  1.  I am an attorney licensed to practice in the District of Columbia, Maryland, and the Commonwealth of Virginia. I am a partner at Kalijarvi, Chuzi, Newman & Fitch, P.C. ("KCNF"), Co-Lead Counsel for the named Plaintiffs ("Plaintiffs"). I submit this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts set forth herein and could competently testify to them if called as a witness.

**KCNF's Background and Experience**

  2.  KCNF is a Washington D.C.-based employment and civil rights law firm representing both private and federal employees in administrative forums and federal and state courts. KCNF is well known for its expertise in federal-sector employment law. It was founded in 1975 by June D.W. Kalijarvi for the purpose of representing federal employees, and it has continued to focus on that practice area since its inception. A few examples of KCNF's successes over the years highlights the firm's record of achievement on behalf of federal employees. For example, Ms. Kalijarvi fought and won one of the first Title VII cases brought against the federal

1

government by a federal employee, *Herrman v. Coleman*, 428 F.Supp. 447 (D.D.C. 1977). KCNF also secured reversal of a decision by the U.S. Merit Systems Protection Board ("MSPB") in the first case involving the Senior Executive Service. *Shepherd v. Merit Systems Protection Board*, 652, F.2d 1040 (D.C. Cir. 1981). In *Katz v. Dole*, 709 F.2d 251 (4th Cir. 1983), KCNF obtained a precedential ruling from the Fourth Circuit recognizing that a federal employee may establish sexual harassment based on verbal conduct alone. The D.C. Circuit, in a case argued and won by KCNF, held that the statute of limitations for a federal employee filing suit in federal court is tolled by seeking reconsideration from the Equal Employment Opportunity Commission ("EEOC"). *Loe v. Heckler*, 768 F.2d 409 (D.C. Cir. 1985). KCNF won a ruling in D.C. District Court that a Title VII claim brought against a federal agency did not preclude a person from bringing a tort claim against a supervisor. *Boyd v. O'Neill*, 273 F.Supp.2d 92 (D.D.C. 2003). And in 2016, KCNF established that Title 42 employees have the right to appeal an adverse action to the MSPB, a decision that expanded job protections for over 10,000 federal employees. *Lal v. Merit Systems Protection Board*, 821 F.3d 1376 (Fed. Cir. 2016).

   3.  In addition to my own experience in plaintiff-side employment and civil rights litigation in both the private and federal sectors, counsel and associates at my firm working on this case also possess extensive experience in civil rights and federal-sector litigation. Brief backgrounds of the key KCNF personnel staffing this litigation are set forth below.

   a.  Mary E. Kuntz: I am an equity partner at KCNF, where I litigate plaintiff-side employment cases in federal and state courts in DC, Virginia, and Maryland, as well as in administrative forums such as the EEOC and MSPB. I have been practicing law since 2008, with a particular focus on federal employee rights and related employment matters. Prior to practicing law, I was a tenured professor of Classics and Director of Women's Studies, having been awarded my Ph.D. by Yale University in 1985. I have been recognized in Washingtonian's

2025 Top Employment Lawyers; selected to the 2025 Lawdragon 500 Leading Civil Rights & Plaintiff Employment Lawyers Guide; named to the Washington, DC Super Lawyers list for Employment and Labor, 2025; and included in Best Lawyers, The Best Lawyers in America for Employment Law – Individuals since 2023. I am a co-author of the 2018 and 2021 editions of *Security Clearance Law and Procedure*, Dewey Publications. Federal News Network's Federal Drive Podcast and GovExec's podcast have interviewed me on issues pertaining to federal employees. I presented at the National Employment Lawyers' Association's ("NELA") 2025 annual conference on "Representing Employees Doing DEIA Work" and spoke on a panel discussing federal employee issues at the 2026 annual conference of the Metropolitan Washington Employment Lawyers Association ("MWELA"). Since 2018, I have served as a member and chair of *ad hoc* hearing committees for the District of Columbia Board of Professional Responsibility. I am a member of the DC Bar's Labor and Employment Law Section, the D.C. Women's Bar Association, and the NELA. I am also a member of MWELA and co-chair of its Federal Sector/EEOC committee. Since late 2025, I have served as a federal-sector expert for the AFL-CIO Federal Workers Legal Defense Clinics several times each month.

      b.  Hector Ruiz: Mr. Ruiz joined KCNF as Counsel in 2025 after a twenty-year career in the Employment Litigation Section, Civil Rights Division, U.S. Department of Justice, where he most recently served as Deputy Chief. He has demonstrated expertise in both individual and systemic employment discrimination cases, including pattern and practice litigation. At DOJ he helped lead the Pattern and Practice Working Group within the Employment Litigation Section of Civil Rights. His work has long involved complex statistical analysis, expert coordination, and data-driven litigation strategies to challenge discriminatory employment selection procedures. His leadership in a landmark multi-party employment discrimination case earned him the DOJ's Assistant Attorney General's Distinguished Service

3

Award. Since late 2025, Mr. Ruiz has served as a federal-sector expert for the AFL-CIO Federal Workers Legal Defense Clinics several times each month.

    c. Anna Kathryn Barry: Ms. Barry joined KCNF as an associate in 2024 after serving as assistant general counsel at the National Association for the Advancement of Colored People ("NAACP") in Washington, D.C. At the NAACP, Ms. Barry was involved in civil rights litigation and advocacy on issues including Constitutional and civil rights, redistricting, and voter protection. Ms. Barry was recognized by Thompson Reuters, Super Lawyers, as a Rising Star in 2025. Ms. Barry is a member of MWELA and NELA. Ms. Barry earned her J.D., *cum laude*, from Elon University School of Law, where she was awarded the David Gergen Award for Leadership and Professionalism. During law school, Ms. Barry was an extern at Mehri & Skalet, PLLC, where she worked on employment discrimination matters, including class action litigation. She also worked full-time as a judicial resident for Judge Lucy Inman in the North Carolina Court of Appeals. At KCNF Ms. Barry has litigated federal sector employment cases before the EEOC and MSPB and was second-chair in a jury trial in federal court challenging a public official's firing as a violation of the First Amendment.

    d. Samantha Sloane**:** Ms. Sloane is an associate attorney at KCNF, where she represents employees in both the federal and private sectors on matters involving workplace discrimination, whistleblowing, discipline, and related claims. Prior to joining KCNF, Ms. Sloane was a Fellow at Murphy Anderson, PLLC, where she represented employees before the National Labor Relations Board ("NLRB") in unfair labor practice and representation cases and was part of litigation on behalf of low-income workers in large federal wage-and-hour collective and class actions. Ms. Sloane clerked for the Honorable Alfred S. Irving, Jr. of the Superior Court of the District of Columbia, where she worked on complex civil litigation matters, including class actions, under the D.C. Wage Payment and Collection Law and the

Minimum Wage Revision Act. Ms. Sloane received her J.D. *cum laude* in May 2022 and a Master of Arts in International Affairs in May 2023, both from American University. Ms. Sloan is a member of NELA and MWELA and serves on MWELA's Bench Bar Committee. She also volunteers regularly at the Workers' Rights Clinic of The Washington Lawyers' Committee. She is also actively involved in the Women's Bar Association of the District of Columbia, where she serves as Co-Chair of the Well-Being Committee,. In 2025, Ms. Sloane was a panelist for NELA's, "The Fight for Workers' Rights – An Introduction to the Plaintiffs' Employment Bar," and she assisted NELA in drafting several comments on proposed federal regulations.

        4.        KCNF has represented employees in numerous federal employment discrimination actions under federal anti-discrimination laws as well as other employment matters under the Civil Service Reform Act. These include, but are by no means limited to: *Sue Bussells v. Department of Agriculture*, OFO Appeal No. 2024003472 (2023); *Special Counsel Ex. Rel. Steven McDaniel v. Dep't of Veterans Affairs*, MSPB No. CB-1208-23-0006-U-5 (2023); *Biegel v. Department of Commerce*, MSPB No. SF-0432-21-0208A-1 (2022); *Moore v. HHS*, MSPB No. DC-0752- 17-0057-I-1 (2017); *Sarkis v. Department of Labor*, MSPB No. DC-0752-13-6582A; *McMillian v. Department of Transportation*, EEOC No. 110-2003-08460X (2004 and 2006, after appeal); *Bell v. Department of the Navy*, EEOC No. 531-200600113X (2008); *Kilpatrick v. Department of Education*, EEOC No. 570-2009-00272X (2009); *Davis v. Department of Agriculture*, EEOC No. 570-2008-00668X (2009); *Holmes v. Department of Agriculture*, OFO Appeal No. 0120091986 (2011); *Wilson v. General Accounting Office*, No. 11-01168 (D.D.C.) (Sept. 22, 2011); *Habibion v. Department of Veterans Affairs*, MSPB No. DC-0752-11-0473-I-1 (July 5, 2011); *Hoyle v. Smithsonian*, (Aug. 2011); *Casas v. Department of Transportation*, EEOC No. 100-2003-08151X (Oct. 2004); *Creager v. Department of Agriculture*, MSPB No. CH-0752-030743-I-1 (Oct. 2008); *Diaz-Soltero v. Department of Agriculture*,

(October 2003); *Famber v. Department of Transportation,* EEOC No. 570-200700279X (Mar. 2007); *Nicholson v. MSPB*, MSPB No. MB-0752-04-0001-I-1 (Mar. 2004); *Spaulding v. Department of Transportation*, EEOC No. 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-I-1 (July 2005); *Yasko v. Department of Army*, EEOC Appeal No. 01A10298 (May 2004). Following the Merit Systems Protection Board's decision in 2025 that USAID's reduction-in-force cannot be appealed as a class action, KCNF, together with Crowley So, LLP, are collaborating to jointly represent over 630 USAID Foreign Service Officers affected by the RIF in consolidated individual appeals to the Merit Systems Protection Board.

**The Litigation**

5. Beginning in January 2025, KCNF has worked with Lieff Cabraser Heimann & Bernstein, L.L.P (LCHB) and ACLU-DC, to develop and file the present claims on behalf of federal workers terminated pursuant to President Trump's anti-DEIA Executive Orders ("EO") and the Office of Personnel Management's ("OPM") implementing guidance. KCNF has been involved in all aspects of case prosecution and management. Throughout the litigation, KCNF attorneys have regularly communicated with plaintiffs, potential class representatives, and potential class members.

6. KCNF served as Lead Counsel for Plaintiffs Stainnak, Gilliard, Fell, Jensen, Carillo-Figueroa, Oliver, and LaBoy in their appeals to the MSPB, which was a prerequisite to filing suit in federal court. KCNF's representation included filing their appeals, appearing at status conferences and motions hearings, promulgating and serving discovery, reviewing discovery production, litigating numerous discovery disputes, and taking depositions.

7. KCNF also represented Plaintiffs Stainnak, Gilliard, Fell, L.L. Smith, and Jensen with their EEO claims in the agencies' administrative process and before the EEOC.

Docusign Envelope ID: 2306A763-DC1A-49DC-8465-D4D877B79E62
Case 1:25-cv-04206-TSC   Document 70-12   Filed 03/03/26   Page 7 of 7

8. KCNF filed a claim with the Office of Special Counsel on behalf of Plaintiff L. L. Smith.

9. KNCF is committed to dedicating the necessary resources and working together with LCHB and ACLU-DC as Co-lead Counsel for the benefit of the class.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in Washington, D.C. on February 26, 2026.

Signed by:
*Mary Kuntz*
27E8D3813A2F4AD...

Mary E. Kuntz.