AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia ☐

| | |
|---|---|
| Stephanie Fell | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-4206 |
| Donald Trump et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all plaintiffs                                                                                          .

Date:     03/04/2026                                 _____
                                                              *Attorney's signature*

                                                         Mary E. Kuntz (D.C. Bar No. 1000482)
                                                              *Printed name and bar number*

                                                         KALIJARVI, CHUZI, NEWMAN & FITCH P.C.
                                                         818 Connecticut Ave., NW, Suite 1000
                                                         Washington, D.C. 20006
                                                              *Address*

                                                         mkuntz@kcnlaw.com
                                                              *E-mail address*

                                                         (202) 331-9260
                                                              *Telephone number*

                                                         (866) 452-5789
                                                              *FAX number*