# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STEPHANIE FELL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants.* | Case No. 1:25-cv-4206-TSC |

## NOTICE OF APPEARANCE

I, Noah T. Katzen, hereby notify the Court and all parties of record of my appearance in this case as counsel for Defendants. This notice affirms that I am admitted, or otherwise authorized, to practice before this Court.

March 12, 2026

Respectfully submitted

*/s/ Noah T. Katzen*
NOAH T. KATZEN (D.C. Bar No. 1006053)
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
Washington, DC  20005
(202) 305-2428
noah.t.katzen@usdoj.gov