UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEPHANIE FELL, *et al.*,

     Plaintiffs,

    v.          Case No. 1:25-cv-04206-TSC

DONALD J. TRUMP,
*in his official capacity as*
*President of the United States,*
*et al.*

     Defendants.

**DEFENDANTS' MOTION TO DISMISS**

Defendants respectfully move, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss Plaintiffs' Amended Complaint. *See* ECF No. 8. As set forth in the accompanying memorandum in support of Defendants' motion to dismiss, dismissal is warranted on at least three independent grounds. First, the Court lacks subject matter jurisdiction over claims against Defendant agencies and agency heads that did not employ any Plaintiff because Plaintiffs lack Article III standing to sue those Defendants. Second, Plaintiffs failed to administratively exhaust all claims they assert in this action, and the Court therefore lacks jurisdiction over those unexhausted claims. Third, any remaining claims fail to state a claim upon which relief may be granted.

For these reasons, and those set forth in Defendants' accompanying memorandum, the Court should dismiss the Amended Complaint in its entirety.

A proposed order is attached.

Dated:  April 6, 2026       Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Kian K. Azimpoor*
KIAN K. AZIMPOOR (D.C. Bar No. 90024613)
NOAH T. KATZEN (D.C. Bar No. 1006053)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel:  (202) 598-0860;  Fax:  (202) 616-8470
E-mail:  kian.k.azimpoor@usdoj.gov

*Counsel for Defendants*

2