# Exhibit A

 

U.S. Public Health Service
Bethesda, Maryland 20892

Equal Employment Opportunity
EEO Pre-Complaint and Initial Contact Form

| Name: <br><br> Latoya Lerissa Smith | Institute/Center/Office: <br><br> OD |
|---|---|
| Mailing Address: <br><br> ██████████████████ | Contact Number (Cell, Work, Home) <br><br> ████████ |
| Personal Email: <br><br> ████████████ | Work Email: <br><br> n/a |

Type of Contact:
Walk-In [  ]    Phone [  ]    Email [ X ]

Purpose of Contact:
Information Only [  ]    Intent to File [ X ]    Anonymous [  ]

Briefly describe your concern(s):

My name is (Latoya) Lerissa Smith. I am currently a Program Specialist. I am sending you this email because I am alleging discrimination based on both disparate impact and disparate treatment theories in connection with my being targeted to be placed on administrative leave on Friday January 24, 2025, including the direction to stop all work and return all government issued equipment no later than February 28, 2025, as a result of Executive Orders 14151 and 14173 and any acts to implement the Executive Orders. I believe I have been discriminated against based on [gender] and [race/ethnicity] and potential other bases. I am making these allegations on behalf of a class across the federal government.

Alleged Bases of Discrimination:
[  ] Age
[  ] Color
[  ] Disability
[  ]Genetic Information
[  ] National Origin
[ X ] Race
[  ] Religion

_____  _____    _____03/11/25____
Name/Signature                                                                                          Date

Edited 1/2025

[  ] Reprisal/Retaliation
[  ] Sex

| Responsible Management Official: | | |
|---|---|---|
| Name: | Title | Contact Information |
|  |  |  |

_____  _____    _____03/11/25_____
Name/Signature                                                                                                      Date

Edited 1/2025