**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

STEPHANIE FELL, *et al.*,

                Plaintiffs,

        v.

DONALD J. TRUMP,
*in his official capacity as*
*President of the United States,*
*et al.*

              Defendants.

Case No. 1:25-cv-04206-TSC

**[PROPOSED] ORDER**

    Upon consideration of Defendants' Motion to Dismiss, any opposition and reply thereto,

and the entire record, it is hereby ORDERED that Defendants' Motion to Dismiss is GRANTED.

IT IS SO ORDERED.

_____                           _____

Date                                        TANYA S. CHUTKAN
                                             United States District Judge