**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STEPHANIE FELL, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>DONALD J. TRUMP,<br>*in his official capacity as*<br>*President of the United States,*<br>*et al.*<br><br>　　　　　　Defendants. | Case No. 1:25-cv-04206-TSC |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Class Certification, Defendants' Opposition to

Plaintiffs' Motion for Class Certification, and the entire record, it is hereby ORDERED that

Plaintiffs' Motion for Class Certification is DENIED.

IT IS SO ORDERED.


_____
Date

_____
TANYA S. CHUTKAN
United States District Judge