**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STEPHANIE FELL, *et al.*, <br><br> individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-4206-TSC |

**DECLARATION OF JESSICA A. MOLDOVAN IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

I, Jessica A. Moldovan, declare and state as follows:

1.      I am a Partner with the law firm of Lieff Cabraser Heimann & Bernstein, LLP. I am counsel for Plaintiffs and the proposed Class. I submit this declaration in support of Plaintiffs' Reply in support of Motion for Class Certification and Appointment of Counsel and Supporting Memorandum of Law. I am competent to make this declaration and do so upon personal knowledge and if called as a witness, I could and would competently testify to the matters stated herein.

2.      Attached as **Exhibit A** is a true and correct copy of an email from Scott W. Rowell to Health and Human Services (HHS) Employees dated January 22, 2025, 5:31 PM, with the subject line "Information: DEIA Office Closure."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 27, 2026 at New York, New York.

/s/          *Jessica A. Moldovan*
JESSICA A. MOLDOVAN

-1-

# EXHIBIT A

Delete | Respond | Share to Teams | Quick Steps | Move | Tags | Editing | Immersive | Translate | Zoom | Reply with Scheduling Poll | Repo Phishi

Teams | Quic... | | | | | | | Language | Zoom | Find Time | Cofen

## Information: DEIA Office Closure



**HN**   For OS announcements to all of HHS <HHS
To  HHS-NEWS-ALL@LIST.NIH.GOV

☺  ↩ Reply   ↩ Reply All   → Forward   ⊡   ···

Wed 1/22/2025 5:31 PM

**DEPARTMENT OF HEALTH & HUMAN SERVICES**          Office of the Secretary

Washington, D.C. 20201

**TO:**          HHS Employees

**THROUGH:**  Dorothy A. Fink, MD, Acting Secretary

**FROM:**      Scott W. Rowell, Deputy Chief of Staff – Operations

**DATE:**      January 22, 2025

**SUBJECT:**   Information: DEIA Office Closure

The Department of Health and Human Services is taking steps to close all agency DEIA offices and end all DEIA-related contracts in accordance with President Trump's executive orders titled *Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Rescissions of Harmful Executive Orders and Actions.*

These programs divided Americans by race, wasted taxpayer dollars, and resulted in shameful discrimination.

We are aware of efforts by some in government to disguise these programs by using coded or imprecise language. If you are aware of a change in any contract description or personnel position description since November 5, 2024, to obscure the connection between the contract and DEIA or similar ideologies, please report all facts and circumstances to DEIAtruth@opm.gov within 10 days.

There will be no adverse consequences for timely reporting this information. However, failure to report this information within 10 days may result in adverse consequences.

Thank you for your attention to this important matter.

/s/ Scott W. Rowell