**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STEPHANIE FELL, *et al.*,<br><br>individually and on behalf of all others similarly situated,<br><br>       *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>       *Defendants*. | No. 1:25-cv-4206-TSC |

**DECLARATION OF MARY E. KUNTZ
IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS**

I, Mary E. Kuntz, declare and state as follows:

1.      I am a Partner with the law firm of Kalijarvi, Chuzi, Newman & Fitch, P.C. I am counsel for Plaintiffs and the proposed Class. I submit this declaration in support of Plaintiffs' Opposition to the Motion to Dismiss. I am competent to make this declaration and do so upon personal knowledge and, if called as a witness, I could and would competently testify to the matters stated herein.

2.      Attached as **Exhibit 1** is a true and correct copy of L.L. Smith's March 10, 2025 email initiating EEO counseling with the National Institutes of Health ("NIH").

3.      Attached as **Exhibit 2** is a true and correct copy of the Office of Special Counsel's December 1, 2025 confirmation of L.L. Smith's prohibited personnel practice filing.

4.      Attached as **Exhibit 3** is a true and correct copy of the NIH's August 4, 2025 email acknowledging L.L. Smith's August 1, 2025 email following up on her March 11, 2025 equal employment opportunity ("EEO") complaint.

- 1 -

- 2 -

5.      Attached as **Exhibit 4** is a true and correct copy of the NIH's September 16, 2025 email to L.L. Smith informing her of the "Stop Work Order" on all EEO proceedings.

6.      Attached as **Exhibit 5** is a true and correct copy of the NIH's December 8, 2025 Notice of Right to Sue issued to L.L. Smith, which allowed her to file a formal complaint on December 23, 2025 (available as Defendants' Ex. B).

7.      Attached as **Exhibit 6** is a true and correct copy of Kimiko Oliver's response to interrogatory No. 6, provided to the agency as part of MSPB discovery.

8.      Attached as **Exhibit 7** is a true and correct copy of Exhibit A to Stephanie Gilliard's Merit Systems Protection Board ("MSPB") Appeal Form 185.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on May 11, 2026, in Falls Church, Virginia.

/s/ *Mary E. Kuntz*
Mary E. Kuntz.

- 2 -