# EXHIBIT 1

## Samantha Sloane

**From:**        LL Smith <███████████████>
**Sent:**        Monday, March 10, 2025 7:43 PM
**To:**          Dermody, Kelly M.
**Subject:**     [EXT] Fwd: Formal EEO Complaint

Sent from my iPhone

Begin forwarded message:

> **From:** LL Smith
> **Date:** March 10, 2025 at 5:06:00 PM EDT
> **To:** Karen.crumpwilson@nih.gov
> **Subject: Formal EEO Complaint**
>
>
> To whom it may concern:
> My name is (L█████) L█████ Smith. I am currently a Program Specialist. I am sending you this email because I am alleging discrimination based on both disparate impact and disparate treatment theories in connection with being targeted for placement on administrative leave on Friday January 24, 2025 (including the direction to stop all work and return all government issued equipment no later than February 28, 2025) as a result of Executive Orders 14151 and 14173 and any acts to implement the Executive Orders.
>
> I believe I have been discriminated against based on gender and race/ethnicity and potential other bases. I am making these allegations on behalf of a class across the federal government. I look forward to being notified of next steps. Thank you for your consideration.
> Best,
> L█████ Smith

1