# EXHIBIT 2



COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

* Denotes Required Fields

# IMPORTANT INFORMATION ABOUT FILING A PPP COMPLAINT

## REQUIRED COMPLAINT FORM

Complaints alleging a prohibited personnel practice or a prohibited activity must be submitted using the Online Filing Portal or emailing OSC Form 14 to our office. Information not submitted on or accompanied by this form may be returned by OSC to the filer. The complaint will be considered filed on the date on which OSC receives the completed form. 5 C.F.R. § 1800.1, as amended.

## NO OSC JURISDICTION

OSC cannot take any action on complaints filed by employees of –

- the FBI, CIA, DIA, NSA, National Geospatial-Intelligence Agency, ODNI, National Reconnaissance Office or other intelligence agencies excluded from coverage by the President;
- the Government Accountability Office;
- the Postal Rate Commission; and
- the uniformed services of the United States (*i.e.*, uniformed military employees). OSC does have jurisdiction over civilian employees of the armed forces.

## LIMITED OSC JURISDICTION

For employees of some federal agencies or entities, OSC's jurisdiction is limited to certain types of complaints, as follows –

- FAA employees only for allegations of retaliation for whistleblowing under 5 U.S.C. § 2302(b)(8) and most allegations of retaliation for engaging in protected activities under 5 U.S.C. § 2302(b)(9).
- Employees of government corporations listed at 31 U.S.C. § 9101 only for allegations of retaliation for whistleblowing under 5 U.S.C. § 2302(b)(8) and most allegations of retaliation for engaging in protected activities under 5 U.S.C. § 2302 (b)(9).
- U.S. Postal Service employees only for allegations of nepotism.
- TSA employees only for allegations of discrimination under § 2302(b)(1), retaliation for whistleblowing under 5 U.S.C. § 2302(b)(8), and most allegations of retaliation for engaging in protected activities under 5 U.S.C. § 2302(b)(9).

## ELECTION OF REMEDIES

You may choose only one of three possible methods to pursue your prohibited personnel practice complaint: (a) a complaint to OSC; (b) an appeal to the Merit Systems Protection Board (MSPB) (if the action is appealable under law or regulation); or (c) a grievance under a collective bargaining agreement. If you have already filed an appeal about your prohibited



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

* Denotes Required Fields

personnel practice allegations with the MSPB, or a grievance about those allegations under the collective bargaining agreement (if the action is grievable under the agreement), OSC may lack jurisdiction over your complaint.5 U.S.C. § 7121(g).

## COMPLAINTS INVOLVING DISCRIMINATION

- Race, Color, Religion, Sex, National Origin, Age, and Disability (or Handicapping Condition): OSC is authorized to investigate discrimination based upon race, color, religion, sex, national origin, age, or disability (or handicapping condition), as well as retaliation related to EEO activity. 5 U.S.C. § 2302(b)(1). However, OSC generally defers such allegations to agency procedures established under regulations issued by the Equal Employment Opportunity Commission (EEOC). 5 C.F.R. § 1810.1. If you wish to report allegations of discrimination based on these bases, you should contact your agency's EEO office immediately. There are specific time limits for filing such complaints. Filing a complaint with OSC will not relieve you of the obligation to file a complaint with the agency's EEO office within the time prescribed by EEOC regulations (at 29 C.F.R. Part 1614).
- Marital Status and Political Affiliation: OSC is authorized to investigate discrimination based on marital status or political affiliation. 5 U.S.C. § 2302(b)(1).
- Sexual Orientation and Gender Identity: OSC is authorized to investigate discrimination based on sexual orientation and gender identity. 5 U.S.C. §§ 2302(b)(1) and (b)(10). EEOC also may have jurisdiction over complaints of discrimination on these bases.

## COMPLAINTS INVOLVING VETERANS' RIGHTS

By law, all complaints alleging denial of veterans' preference requirements or USERRA must be filed with the Veterans Employment and Training Service (VETS) at the Department of Labor (DOL). 38 U.S.C. § 4301, *et seq.*, and 5 U.S.C. § 3330a(a).

## CONTACT INFORMATION

**Title:**
**First Name:\*** L█████
**Last Name:\*** Smith
**Middle Initial:** L█████

**International Address?:** No
**Address:\***

OSC Online Filing Portal
COMPLAINT OF PROHIBITED PERSONNEL PRACTICE
Date Received by OSC : 12/1/2025

OMB No. 3255-0005
Expires 03/31/2023
Page 2 of 10



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

\* Denotes Required Fields

████████████████

████████████████████

**Cell Phone Number:**                               **Home Phone Number:**
**Office Phone Number:**                             **Ext.**
**Email Address:\*** ████████████████

Preferred means of contact:
**Email:** No                                         **Cell phone:** No
**Home phone:** No                                   **Office phone:** No

## REPRESENTATIVE INFORMATION

**Do you have representation?\*** Yes

Information about representative, if           **Last Name:\*** Sloane
applicable.                                    **Middle Initial:**
**First Name:\*** Samantha

**International Address?:** No
**Address:\***
Kalijarvi, Chuzi, Newman & Fitch PC
818 Connecticut Ave. NW, Suite 1000
Washington, DC 20006

**Office Phone Number:** 202-331-3936         **Ext.**
**Cell Phone Number:**                        **Home Phone Number:**
**Email Address:\*** ssloane@kcnlaw.com

## EMPLOYMENT INFORMATION

Name of Department/Agency about which you are filing this complaint.
**Department:\*** Health and Human Services
**Agency:\*** National Institutes of Health
**Agency subcomponent:**
**Street Address:** 9000 Rockville Pike
**City:** Bethesda                  **State:** MD



COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

* Denotes Required Fields

**Zip Code:** 20892

**Employment Status:*** Former Federal Employee

| Title | Series | Grade |
|---|---|---|
| Program Specialist | GS-0301 | GS-13 |

**Please provide your dates of employment in this position.**
4/21/2024-7/14/2025

**Are you covered by a collective bargaining agreement?** I don't know

| Employment Service Type | Employment Service Subtype | If Other (specify) |
|---|---|---|
| Excepted Service | Schedule A | |

# DETAILS OF YOUR COMPLAINT

Use this section to identify the type of Prohibited Personnel Practice (PPP) that you are alleging. You can enter more than one PPP, but you MUST choose one option. A customized series of questions will appear following your selection that you should use to provide detailed information about your complaint. You can return to this part at any time prior to submitting your complaint if you would like to add or remove allegations.

# PPPs ALLEGED

| Allegation | Other Bases of Discrimination - (b)(1) |
|---|---|
| What is the basis of your discrimination claim? | |
| Race | Yes |
| Color | Yes |
| Religion | |
| Sex | Yes |
| Disability | |
| National Origin | |
| Age | |
| Political Affiliation | Yes |
| Marital Status | |

OSC Online Filing Portal
COMPLAINT OF PROHIBITED PERSONNEL PRACTICE
Date Received by OSC : 12/1/2025

OMB No. 3255-0005
Expires 03/31/2023
Page 4 of 10



COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER
PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

* Denotes Required Fields

| | |
|---|---|
| What is your status within that basis? (For example, if you are claiming marital status discrimination, are you married, single, widowed, or separated?) | L▓▓▓ L▓▓▓ Smith's race is African American; her color is Black; her sex is female; and her perceived political affiliation is with the Democratic Party. |
| Description of personnel action(s), if applicable. | See Attachment A. |
| When did the action(s) occur? | See Attachment A. |
| What was the agency's stated reason(s) for the action(s)? | See Attachment A. |
| What facts support your assertion that the action was discriminatory? | See Attachment B. |
| Allegation | Coerce Political Activity - (b)(3) |
| Describe the political activity or service you were coerced into undertaking. | See Attachment D. |
| How did an agency official attempt to coerce political activity? | See Attachment D. |
| When did the coercion occur? | See Attachment D. |
| Why did you feel coerced? (For example, what were the stated or implied adverse consequences for refusal to participate in the political activity or service?) | Ms. Smith's removal was retaliation based on partisan politics.  See Attachment D. |
| Have you also filed a Hatch Act complaint with OSC based on this incident? | |



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

* Denotes Required Fields

| Allegation | Improper Personnel Actions - (b)(12) |
|---|---|
| Description of personnel action(s), if applicable. | See Attachment A. |
| When the Personnel Action(s) Were Taken | See Attachment A. |
| Describe the role played by each agency official listed above in the personnel action(s) that is the subject of your complaint. (e.g., recommending official, proposing official, deciding official, approving official, etc.). | See Attachment A. |
| What law, rule, or regulation was violated by the agency's taking or failing to take the personnel action(s)? | See Attachment C. |

# PPP SUBJECTS

Agency official(s) responsible for the PPP(s) alleged:

| First Name | Last Name | Title | Chain of Command | Allegation |
|---|---|---|---|---|
| Julie | Broussard Berko | Director, NIH Office of Human Resources | N/A | Other Bases of Discrimination - (b)(1) |
| Jeffery | Anoka | Chief Human Capital Officer (Acting) | N/A | Other Bases of Discrimination - (b)(1) |
| Thomas | Nagy | Deputy Assistant Secretary for Human Resources/Chief | N/A | Other Bases of Discrimination - (b)(1) |

OSC Online Filing Portal
COMPLAINT OF PROHIBITED PERSONNEL PRACTICE
Date Received by OSC : 12/1/2025

OMB No. 3255-0005
Expires 03/31/2023
Page 6 of 10



## COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

* Denotes Required Fields

| | | Human Capital Officer | | |
|---|---|---|---|---|
| Julie | Broussard Berko | Director, NIH Office of Human Resources | N/A | Improper Personnel Actions - (b)(12) |
| Jeffery | Anoka | Chief Human Capital Officer (Acting) | N/A | Improper Personnel Actions - (b)(12) |
| Thomas | Nagy | Deputy Assistant Secretary for Human Resources/Chief Human Capital Officer | N/A | Improper Personnel Actions - (b)(12) |
| Julie | Broussard Berko | Director, NIH Office of Human Resources | N/A | Coerce Political Activity - (b)(3) |
| Jeffery | Anoka | Chief Human Capital Officer (Acting) | N/A | Coerce Political Activity - (b)(3) |
| Thomas | Nagy | Deputy Assistant Secretary for Human Resources/Chief Human Capital Officer | N/A | Coerce Political Activity - (b)(3) |

# PERSONNEL ACTIONS

What personnel action(s) do you believe was taken, not taken, or threatened as part of the prohibited personnel practice(s) alleged?

| Personnel Actions |
|---|
| Removal |

OSC Online Filing Portal
COMPLAINT OF PROHIBITED PERSONNEL PRACTICE
Date Received by OSC : 12/1/2025

OMB No. 3255-0005
Expires 03/31/2023
Page 7 of 10



COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804‑7000.

* Denotes Required Fields

# REQUESTED OSC ACTION

**What action would you like OSC to take?**

Reinstatement of employment into position of record consistent with the Backpay Act.

# WHERE ELSE DID YOU REPORT THIS MATTER?

I have also reported this information to:

| Other Report Type | Action Taken Date |
|---|---|
| Discrimination complaint filed with agency | 3/11/2025 |

# ATTACHMENTS

Please note that the space available for attachments is limited. Therefore, DO NOT attach every document and email that may be relevant to your claim. You will have an opportunity to make additional submissions at a later date. We recommend limiting attachments to official forms and correspondence that document the action(s) at issue in your disclosure if these documents are relevant to your allegations.

**I have attached the following documents to my filing:**

| File Name |
|---|
| Attachment A.pdf |
| Attachment B.pdf |
| Attachment C.pdf |
| Attachment D.pdf |
| Ex. 1 - Jan. 30, 2025 OHR Email.pdf |
| Ex. 2 - July 16, 2025 RIF Notice.pdf |
| Ex. 3 - July 21, 2025 RIF Notice.pdf |
| Ex. 4 - Memorandum from NIH Equal Employment Opportunity Director Kevin.pdf |

OSC Online Filing Portal

COMPLAINT OF PROHIBITED PERSONNEL PRACTICE

Date Received by OSC : 12/1/2025

OMB No. 3255-0005

Expires 03/31/2023

Page 8 of 10



COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

\* Denotes Required Fields

# CONSENT

**OSC asks everyone who files a complaint alleging a possible prohibited personnel practice or other prohibited activity to select one of three Consent Statements shown below. Please: (a) select and check one of the Consent Statements below; and (b) keep a copy for your own records.\***

If you initially select a Consent Statement that restricts OSC's use of information, you may later select a less restrictive Consent Statement. If your selection of Consent Statement 2 or 3 prevents OSC from being able to conduct an investigation, an OSC representative will contact you, explain the circumstances, and provide you with an opportunity to select a less restrictive Consent Statement.

You should be aware that the Privacy Act and other applicable federal laws allow information in OSC case files to be used or disclosed for certain purposes, regardless of which Consent Statement you sign. Information about certain circumstances under which OSC can use or disclose information under the Privacy Act appears in the Form Submission part of this form.

**Consent Statement 1**

I consent to OSC's communication with the agency involved in my complaint. I agree to allow OSC to disclose my identity and information about my complaint if OSC decides that such disclosure is needed to investigate my complaint (for example, to request information from the agency or seek a possible resolution).

**Yes**

**Consent Statement 2**

I consent to OSC's communication with the agency involved in my complaint, but I do not agree to allow OSC to disclose my identity to that agency. I agree to allow OSC to disclose only information about my complaint, without disclosing my name or other identifying information, if OSC decides that such disclosure is needed to investigate my complaint (for example, to request information from the agency, or seek a possible resolution). I understand that in some circumstances, OSC could not maintain my anonymity while communicating with the agency involved about a specific personnel action. In such cases, I understand that my request for confidentiality may prevent OSC from taking further action on the complaint.

**No**

OSC Online Filing Portal
COMPLAINT OF PROHIBITED PERSONNEL PRACTICE
Date Received by OSC : 12/1/2025

OMB No. 3255-0005
Expires 03/31/2023
Page 9 of 10



COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

\* Denotes Required Fields

**Consent Statement 3**

I do not consent to OSC's communication with the agency involved in my complaint. I understand that if OSC decides that it cannot investigate my complaint without communicating with that agency, my lack of consent will probably prevent OSC from taking further action on the complaint.

**No**

# CERTIFICATION

**I certify that all of the statements made in this complaint are true, complete, and correct to the best of my knowledge and belief. I understand that a false statement or concealment of a material fact is a criminal offense punishable by a fine, imprisonment, or both. 18 U.S.C. § 1001.\***

Yes

BURDEN: The burden for this collection of information (including the time for reviewing instructions, searching existing data sources, gathering the data needed, and completing and reviewing the form) is estimated to be an average of one hour to submit a disclosure of information alleging agency wrongdoing, one hour and fifteen minutes to submit a complaint alleging a prohibited personnel practice or other prohibited activity, or 30 minutes to submit a complaint alleging prohibited political activity. Please send any comments about this burden estimate, and suggestions for reducing the burden, to the U.S. Office of Special Counsel, General Counsel's Office, 1730 M Street, NW, Suite 218, Washington, DC 20036-4505.

**This complaint of Prohibited Personnel Practice(s) was received by OSC on:**

12/1/2025

> *PLEASE KEEP A COPY OF YOUR COMPLAINT, ANY SUPPORTING DOCUMENTATION, AND ANY ADDITIONAL ALLEGATIONS THAT YOU SEND TO OSC NOW OR AT ANY TIME WHILE YOUR COMPLAINT IS PENDING.*
> *REPRODUCTION CHARGES UNDER THE FREEDOM OF INFORMATION ACT MAY APPLY TO ANY REQUEST YOU MAKE FOR COPIES OF MATERIALS THAT YOU PROVIDED TO OSC.*

OSC Online Filing Portal
COMPLAINT OF PROHIBITED PERSONNEL PRACTICE
Date Received by OSC : 12/1/2025

OMB No. 3255-0005
Expires 03/31/2023
Page 10 of 10