# EXHIBIT 3

## Samantha Sloane

| | |
|---|---|
| **From:** | Mary Kuntz |
| **Sent:** | Wednesday, May 6, 2026 10:08 AM |
| **To:** | Samantha Sloane |
| **Subject:** | Fw: [EXTERNAL] Formal EEO Complaint |

Get Outlook for iOS

**From:** eeo.resolutions <eeo.resolutions@nih.gov>
**Sent:** Monday, August 4, 2025 6:44:03 AM
**To:** LL Smith ███████████████████████
**Cc:** Mary Kuntz <MKuntz@kcnlaw.com>
**Subject:** [EXT] RE: [EXTERNAL] Formal EEO Complaint

Good morning,

Please allow a moment to look into this matter.

Thank you,



**Chinara A. Brown | Branch Chief**
Equal Employment Opportunity
6705 Rockledge Drive, Suite 540
Bethesda, Maryland 20892
Chinara.Brown@nih.gov
Office: 301.496.7071
eeo.nih.gov

**From:** LL Smith ███████████████████████
**Sent:** Friday, August 1, 2025 10:00 AM
**To:** eeo.resolutions <eeo.resolutions@nih.gov>
**Cc:** Mary Kuntz <mkuntz@kcnlaw.com>
**Subject:** Re: [EXTERNAL] Formal EEO Complaint

Greetings,

I'm following up on my complaint which I filed on March 11, 2025. I've received no communication from NIH with regard to this claim. I would like to have my complaint investigated and I would like to proceed at the EEOC.

I would also like to add a complaint for my removal from federal service on the same basis as stated in the attached document. I am happy to provide additional information if need be.

Sincerely,

1

 Smith

On Tue, Mar 11, 2025 at 11:37 PM LL Smith ████████████ wrote:

Good Evening,

Please see attached.

Best,
~LS

On Tue, Mar 11, 2025 at 3:43 PM eeo.resolutions <eeo.resolutions@nih.gov> wrote:

Greetings,

If you would like to initiate an EEO Complaint based on discrimination because of your race, sex, color, religion, age, genetic information, disability, national origin and/or reprisal/retaliation, you can file an EEO Complaint by completing the attached form and returning it to eeo.resolutions@nih.gov.

If you don't believe your concerns are based on any of the bases listed above, you may report harassment (sexual and non-sexual), inappropriate conduct, intimidation, bullying, other unproductive, disruptive and/or violent behaviors to the NIH Civil Office at How Can I Report a Concern? | Office of Human Resources (nih.gov) or 301.402.4845, CivilProgram@od.nih.gov.

Should you have additional questions, please feel free to contact us.

Thank you,

Equal Employment Opportunity
301.496.6301

---

**From:** LL Smith ████████████
**Sent:** Tuesday, March 11, 2025 11:37 AM
**To:** Crump-Wilson, Karen (NIH/OD) [E] <karen.crumpwilson@nih.gov>
**Cc:** Brown, Chinara (NIH/OD) [E] <brownch@od.nih.gov>; Brown, Chinara (NIH/OD) [E] <brownch@od.nih.gov>
**Subject:** Re: [EXTERNAL] Formal EEO Complaint

Thank you.

Best,


> On Mar 11, 2025, at 9:17 AM, Crump-Wilson, Karen (NIH/OD) [E] <karen.crumpwilson@nih.gov> wrote:
>
> Good morning Ms. Smith,

Thank you for your notification concerning your alleged discriminatory matter. Informal Complaints Branch Chief Chinara Brown, who I have included on this email, will reach out to you to discuss next steps of the federal sector EEO complaint process.

Best regards,
Karen

<image001.png> **Karen L. Crump-Wilson, Esq. | Divisional Director**
Equal Employment Opportunity
2 Center Drive, Room 3E18
Bethesda, Maryland 20892
karen.crumpwilson@nih.gov
Office: 301.827.7732 | Mobile: 227.202.3010
eeo.nih.gov

Please contact Immani Ward at immani.ward@nih.gov for scheduling requests.

AWS Day: Second Monday of the Pay Period

**From:** LL Smith ██████████████████████
**Sent:** Monday, March 10, 2025 5:06 PM
**To:** Crump-Wilson, Karen (NIH/OD) [E] <karen.crumpwilson@nih.gov>
**Subject:** [EXTERNAL] Formal EEO Complaint

To whom it may concern:

My name is (L████) L████ Smith. I am currently a Program Specialist. I am sending you this email because I am alleging discrimination based on both disparate impact and disparate treatment theories in connection with being targeted for placement on administrative leave on Friday January 24, 2025 (including the direction to stop all work and return all government issued equipment no later than February 28, 2025) as a result of Executive Orders 14151 and 14173 and any acts to implement the Executive Orders.

3

I believe I have been discriminated against based on gender and race/ethnicity and potential other bases. I am making these allegations on behalf of a class across the federal government. I look forward to being notified of next steps. Thank you for your consideration.

Best,
L███ Smith

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

4