# EXHIBIT 4

| | |
|---|---|
| **From:** | LL Smith |
| **To:** | Dermody, Kelly M. |
| **Subject:** | [EXT] Fwd: Status of Informal Pre-Complaint |
| **Date:** | Tuesday, September 16, 2025 10:54:12 AM |

██████████████████████████████████████████
████████████

Best,
~LS

---------- Forwarded message ---------
From: **eeo.resolutions** <eeo.resolutions@nih.gov>
Date: Tue, Sep 16, 2025 at 7:27 AM
Subject: Status of Informal Pre-Complaint
To: eeo.resolutions <eeo.resolutions@nih.gov>

Good morning,

You are receiving this email because you have an open Informal Pre-Complaint.  As you were notified by your previous EEO Counselor, HHS has issued a "Stop Work Order" for all EEO Counselings, Mediations and Investigations.  Please be aware that we are working diligently to reassign your Informal Pre-Complaint to a new EEO Counselor.  Your EEO rights and timeframes are preserved.  We understand the unease this is causing, but we ask for your patience as we navigate this transition.

Thank you,

Equal Employment Opportuntiy

EEO.Resolutions@nih.gov

301.496.6301