## Samantha Sloane

**From:** Brown, Chinara (NIH/OD) [E] <brownch@od.nih.gov>
**Sent:** Monday, December 8, 2025 1:17 PM
**To:** LL Smith
**Cc:** Samantha Sloane; Mary Kuntz
**Subject:** [EXT] Notice to File a Formal Complaint
**Attachments:** Notice of Right to File a Formal Complaint - L. Smith - HHS-NIH-0519-2025.pdf; HHS Formal Complaint Form.docx

Good afternoon,

Attached, please find your Notice of Rights to File a Formal Complaint, and Formal Complaint Form.  You will have 15 calendar days from receipt of this notice to file a formal complaint.  Please submit your formal complaint to: EEO@hhs.gov.

Thank you,

Chinara Brown
Acting Deputy Director, Informal Complaints
Department of Health and Human Services
Office of Equal Employment Opportunity
Phone: (301)-496-7071
EEO@hhs.gov

EEO e-File - https://hhs-eeo-efile.entellitrak.com/etkeeo-hhs-efile-prod/login.request.do

*Confidentiality Notice:  This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure.  Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited.  If you have received this e-mail in error, please destroy the original message and all copies and alert the sender of the error so that corrective action may be taken if necessary.*



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Office of the Secretary

Assistant Secretary for Administration
Office of Equal Employment Opportunity
Washington, D.C. 20201

## NOTICE OF RIGHT TO FILE A FORMAL COMPLAINT
### Transmittal via E-mail:

December 8, 2025

L███ Smith
████████████

Agency File No.: **HHS-NIH-0519-2025**
Date of Initial Contact: March 11, 2025

Dear Ms. Smith:

This notice is to inform you, the Aggrieved Person (AP), that the Equal Employment Opportunity (EEO) discrimination pre-complaint was not successfully resolved, and you are now entitled to file a formal complaint of discrimination under 29 C.F.R. 1614.105 (d).

If you choose to file a formal complaint, the claims you submit must be the same, similar or "like and related" to the claims discussed with the EEO Counselor, and your filing must be received within 15 calendar days of your receipt of this notice.

The form can be submitted by electronic mail to: **EEO@hhs.gov**

The form can be submitted by mail to:

**Office of Equal Employment Opportunity**
**U.S. Department of Health and Human Services**
**200 Independence Avenue S.W., Room 308B**
**Washington, D.C. 20201**

If you send documents via mail, there may be a delay in receipt and processing of your request. As a reminder, the formal complaint must be specific and contain only those issues discussed during the informal stage. It must also state whether you have filed a grievance under a negotiated grievance procedure, an appeal to the Merit Systems Protection Board (MSPB) or the Office of Special Counsel on the same claims.

Your complaint will be deemed timely if it is received or postmarked before the expiration of the 15-day filing period, or, in the absence of a legible postmark, if it is received by mail within five calendar days of the expiration of the filing period.

If this is a mixed case complaint[1], you may file a formal complaint of discrimination or file a mixed case appeal with the Merit System Protection Board (MSPB); however, you may not do both. Whichever you do first determines the forum in which the complaint will be processed. For more information regarding mixed case complaints, please visit the Equal Employment Opportunity Commission's website at www.eeoc.gov, and/or the MSPB's website at www.mspb.gov.

If you file a formal complaint, you will receive a written acknowledgment of the formal discrimination complaint.

If this claim is based on age discrimination, as an alternative to filing a formal complaint, you may file a civil action in the United States District Court under the Age Discrimination in Employment Act of 1967, as amended, within 180 days of the alleged unlawful practice.  If you file a civil action, you must give the Equal Employment Opportunity Commission no less than 30 days notice of the intent to file such an action.  The notice must be filed in writing and addressed to:

>Equal Employment Opportunity Commission
>Office of Federal Operations
>Federal Sector Programs
>P.O. Box 19848
>Washington, D.C. 20036

If you file a civil action in district court, you must name the head of the Agency, Robert F. Kennedy, Jr., Secretary, U.S. Department of Health and Human Services as the defendant.

*Chinara Brown*                           12/8/2025
_____        _____
Signature of EEO Counselor                    Date Issued


_____        _____
Signature of Aggrieved Person                 Date Received


Enclosure:
Formal Complaint Form

CC: Samantha Sloane, ssloane@kcnlaw.com

---

[1] A mixed case complaint is one that alleges discrimination in connection with a claim that is also appealable to the Merit Systems Protection Board (MSPB).



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

## FORMAL INDIVIDUAL COMPLAINT FORM FOR EMPLOYMENT DISCRIMINATION
**Agency File No.: HHS-**

| FORMAL COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT |
|---|

| | |
|---|---|
| **AUTHORITY:** | **42 U.S.C. 2000e-16(b) and (c); 29 U.S.C. Chapter 14; E.O. 12106.** |
| **PURPOSE:** | **Used for processing complaints of discrimination based on race, color, national origin, religion, sex, age, physical or mental disability, and/or retaliation by agency civilian employees, former employees, or applicants for employment.** |
| **ROUTINE USES:** | **Information will be used: (a) as a data source for complaint information for production of summary descriptive statistics and analytical studies of complaints processing and resolution efforts and may also be used to respond to general requests for information under the Freedom of Information Act; (b) to respond to requests from legitimate outside individuals or agencies (Congress, White House, Equal Employment Opportunity Commission) regarding the status of a complaint or appeal; or (c) to adjudicate a complaint or appeal.** |
| **DISCLOSURE:** | **Voluntary; however, failure to complete all appropriate portions of this form may lead to dismissal of a complaint on the basis of inadequate data on which to determine if a complaint is acceptable.** |

| | |
|---|---|
| 1. NAME OF COMPLAINANT: | 2. HOME ADDRESS (Do not accept P.O. Box): |

| | | |
|---|---|---|
| 3a. HOME/CELL PHONE NO: | 3b. WORK PHONE NO: | 4. NAME AND ADDRESS OF WHERE YOU CURRENTLY WORK: |
| 3c. EMAIL ADDRESS: | | |
| 5. DO YOU HAVE A REPRESENTATIVE? ☐ a. YES (Complete Item 6) ☐ b. NO | | |

| | |
|---|---|
| 6. IF YES, PROVIDE NAME, ADDRESS, AND PHONE NO. OF REPRESENTATIVE: | 7a. NAME AND ADDRESS OF OFFICE WHERE ALLEGATION(S) OCCURRED: |
| IS YOUR REPRESENTATIVE AN ATTORNEY? ☐ YES ☐ NO | 7b. NAME AND TITLE OF MANAGEMENT OFFICIAL RESPONSIBLE FOR THE ALLEGED DISCRIMINATION: |

| | | |
|---|---|---|
| 8. DATE OF MOST RECENT ACT OF ALLEGED DISCRIMINATION: | 9. ARE YOU A BARGAINING UNIT EMPLOYEE? ☐ YES ☐ NO | 10. ARE YOU A FEDERAL EMPLOYEE OR APPLICANT? ☐ a. EMPLOYEE: TITLE, SERIES, GRADE _____ _____ ☐ b. APPLICANT |

Revised 9/2025

**11. REASON YOU BELIEVE YOU WERE DISCRIMINATED AGAINST ("X" BELOW):**

| | | | |
|---|---|---|---|
| | a. RACE | | e. DISABILITY |
| | b. COLOR | | f. AGE |
| | c. RELIGION | | g. NATIONAL ORIGIN |
| | d. RETALIATION | | h. Genetic Informaiton Nondiscrimination Act (GINA) |
| | i.SEX | | |

| 12a. DID YOU DISCUSS YOUR COMPLAINT WITH AN EEO COUNSELOR? <br><br> ☐ a. YES (Complete 12b) <br> ☐ b. NO | 12b. IF "YES," NAME OF EEO COUNSELOR: | 12c. DATE YOU FIRST CONTACTED AN EEO COUNSELOR/OFFICIAL: | 13. DATE RECEIVED NOTICE OF FINAL INTERVIEW/RIGHT TO FILE: |
|---|---|---|---|

**14. SELECT THE ISSUE(S)/CLAIM(S) BELOW THAT BEST DESCRIBE(S) YOUR COMPLAINT.** Briefly explain how you were discriminated against and identify the specific incidents or events and dates on which they occurred; *i.e.*, tell how you were treated differently from other employees or applicants because of your race, color, religion, sex, national origin, age, mental or physical disability, or retaliation. <u>See</u> Instructions.

| Issue: | | Specifically Explain: |
|---|---|---|
| Appointment/Hire | | |
| Harassment (non-sexual) | | |
| Promotion/Selection | | |
| Disciplinary Action | | |
| Performance Appraisal/ Evaluation | | |
| Training | | |
| Assignment of Duties | | |
| Duty Hours | | |
| Medical Examination | | |
| Reasonable Accommodation | | |
| Awards | | |
| Reassignment Denied/Directed | | |
| Reinstatement | | |

Revised 9/2025

|  |  |  |
|---|---|---|
| Retirement |  |  |
| Time and Attendance |  |  |
| Pay- Including Overtime |  |  |
| Conversion to Full-time |  |  |
| Examination/Test |  |  |
| Terms and Conditions of Employment |  |  |

Additional narrative explaining the reasons you believe you were discriminated against. (Please describe the specific claim here if you did not identify one of the claims above.)

15.  REMEDY/RESOLUTION**:** Please describe the terms, conditions, corrective actions, and remedial relief you are seeking in resolving/adjudicating your complaint.

| 16.  HAVE ANY OF THE INCIDENTS LISTED IN ITEM 14 BEEN APPEALED TO THE MERIT SYSTEMS PROTECTION BOARD (MSPB) OR FILED UNDER A NEGOTIATED GRIEVANCE PROCEDURE? <br> ☐  a.  YES  Explain.  (Include date and case number.) <br><br> ☐  b.  NO | 17. SIGNATURE OF COMPLAINANT: | |
|---|---|---|
|  | 18.  DATE COMPLAINT SIGNED: | 19.  DATE COMPLAINT FILED (EEO OFFICE USE): |

Revised 9/2025

**READ INSTRUCTIONS CAREFULLY**

*This form should be used only if you, as an applicant for Federal employment, or a current or former Federal employee, believe you have been discriminated against based on your race, color, religion, sex, national origin, age, disability, or retaliation by a Federal agency, and have presented the matter for informal resolution to an Equal Employment Opportunity (EEO) Counselor, and you have either received your Notice of Final Interview/Right to File Formal or more than thirty (30) calendar days have elapsed from your date of initial contact, and the matter remains unresolved.*

A formal complaint of discrimination must be filed within fifteen (15) calendar days of your, or your attorney's, if applicable, receipt of the Notice of Final Interview/Right to File Formal. You may submit this form by hand-delivery/mail to: **U.S. Dpearment of Health and Human Services, Equal Employment Opportuntiy, 200 Independence Avenue, S.W., Room 308B, Washington, DC 20201 or via email to EEO@hhs.gov.** It must be postmarked or received on or before the fifteenth (15th) calendar day from your/your attorney's receipt of the Notice of Final Interview/Right to File Formal. It is your responsibility to keep the EEO Office informed of your current address. Should your address or contact information change, you must notify the Office immediately.

In completing this form, it is very important that:

- You provide the date(s) of the alleged discriminatory action(s). Dates are used to determine timeliness, and in accordance with the Equal Employment Opportunity Commission's (EEOC) regulations, an individual must initiate contact with an EEO Counselor within forty-five (45) calendar days of the date the incident(s) occurred or, if a personnel action, within forty-five (45) calendar days of its effective date.
- You state clearly the action(s) which you allege a Federal agency took or failed to take that you believe to be discriminatory. What action(s) was taken or not taken that led you to contact an EEO Counselor?
- You focus on the claims(s) raised with the EEO Counselor or like or related claim(s). Your formal complaint should include only those claim(s) on which you were counseled and wish to pursue through the formal complaint process. This may be all or only some of the claim(s) raised during the pre-complaint process. You decide what claim(s) you want to continue to pursue. Claim(s) raised in the formal filing that were not raised with the EEO Counselor or are not like or related to the claim(s) raised can be dismissed or referred for EEO counseling.

SAMPLE: On September 20, 2005, my immediate supervisor, John Doe, advised me that I was not selected for a GS-14, Attorney position under Vacancy Announcement Number H-05-89. I believe the non-selection was based on my race (Asian) because the selectee, Tom Jones, is White and has less litigation experience than I do. Also, on October 3, 2005, I received a Reprimand from Mr. Doe. I believe the Reprimand was issued in retaliation for initiating this EEO complaint on September 22, 2005. Other employees such as Mary Smith arrive late for work but are not disciplined.

Should you need additional space in completing this form, attachments are permitted. However, please note that it is not necessary or encouraged for you to submit documentary evidence relating to the merits of your complaint with your formal filing. Such information should be provided to an EEO investigator if your complaint is accepted for investigation. If the [OPDIV EEO Office] needs additional information or clarification in accepting or dismissing your claim(s), you will be contacted.

Subsequent to filing this formal complaint, you will receive a letter from the [OPDIV EEO Office] acknowledging receipt of your complaint and providing you with specific information about your rights and responsibilities. Should you have questions in the interim, please contact [Name, Title] at [phone number].

If any or all of your claims are accepted for investigation, you will be contacted by an EEO investigator. You should cooperate with and present to the investigator all evidence and documentation you have in support of your claim(s) as well as the names of potential witnesses. Should your complaint be dismissed and not accepted for investigation, you will be advised of appropriate appeal rights.

Revised 9/2025