**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

STEPHANIE FELL, *et al.*,

individually and on behalf of all others similarly situated,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Defendants*.

Case No. 1:25-cv-4206-TSC

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully submit the Fourth Circuit's decision in *Doe 1 v. Office of the Director of National Intelligence*, 180 F.4th 536 (4th Cir. 2026) ("*Doe 1*") as supplemental authority in support of their Motion for Class Certification (ECF 70) and their Opposition to Defendants' Motion to Dismiss (ECF 81). In the former, Plaintiffs allege class claims involving common failures by Defendants to follow required RIF procedures under the Civil Service Reform Act ("CSRA") of 1978 (in addition to other class claims). In their Motion to Dismiss, Defendants argue that Plaintiffs "identify no procedure, protection, or right that required their employing agencies to attempt to reassign them," ECF 76-1 at 17, in response to which Plaintiffs explained that 5 C.F.R. §§ 351.603 and 351.701 expressly provide assignment, bump, and retreat rights to employees released from their competitive levels in a RIF, ECF 81 at 34-37. *Doe 1* was decided after both motions were fully briefed.

In *Doe 1*, the Fourth Circuit affirmed a preliminary injunction requiring the Central Intelligence Agency ("CIA") and Office of the Director of National Intelligence ("ODNI") to

comply with their own termination regulations after terminating career intelligence officers pursuant to the same Executive Orders—EOs 14151 and 14173 ("Anti-DEIA EOs")—and OPM's implementing memoranda that Plaintiffs challenge here. The agencies argued they need not follow RIF-specific procedural protections when carrying out terminations pursuant to the Anti-DEIA EOs. *Id.* at 548. The Fourth Circuit rejected that argument, holding that procedural obligations attendant to a RIF apply even "when termination is directed from the top" and that agencies "may not ignore their own procedures and then use such noncompliance as an excuse to evade future obligations." *Id.* The decision confirms that agencies executing RIFs pursuant to the Anti-DEIA EOs remain bound by the procedural requirements attendant to RIFs in governing regulations—in this case, those implementing the CSRA. The Fourth Circuit also credited the finding that OPM's directives "effectively prescribed" the agencies' termination decisions, *Doe 1*, 180 F.4th at 543, undermining Defendants' contention here that each agency independently exercised personnel discretion, *see* ECF 77 at 10.

The decision is attached as **Exhibit A**.

Plaintiffs further respectfully request that the Court set a hearing on the pending motions, or in the alternative a status conference to set a schedule for proceedings following the anticipated decision on these motions.

Dated: August 7, 2026

*<u>/s/ Kelly M. Dermody</u>*

Kelly M. Dermody (D.C. Bar No. 90032320)
Edward Baker (D.C. Bar No. 1643616)
Jessica A. Moldovan (NY Bar No. 5615943)
Jahi J. Liburd (NY Bar No. 6015812)
Lieff Cabraser Heimann & Bernstein LLP
250 Hudson Street 8th Floor
New York, NY 10013
Tel.: (212) 355-9500
kdermody@lchb.com
ebaker@lchb.com

jmoldovan@lchb.com
jliburd@lchb.com

Mary E. Kuntz (D.C. Bar No. 1000482)
Anna Kathryn B. Barry (D.C. Bar No. 1719493)
Samantha A. Sloane (D.C. Bar No. 90004037)
Kalijarvi, Chuzi, Newman & Fitch P.C.
818 Connecticut Ave., NW, Suite 1000
Washington, D.C. 20006
Tel.: (202) 331-9260
Fax: (866) 452-5789
mkuntz@kcnlaw.com
akbarry@kcnlaw.com
ssloane@kcnlaw.com

Scott Michelman (D.C. Bar No. 1006945)
Aditi Shah (D.C. Bar No. 90033136)
American Civil Liberties Union Foundation
of the District of Columbia
529 14th Street NW, Suite 722
Washington, D.C. 20045
Tel.: (202) 457-0800
smichelman@acludc.org
ashah@acludc.org

*Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. I certify that this notice will also be served on counsel for Defendants via e-mail, in accordance with Federal Rule of Civil Procedure 5(b).

Dated: August 7, 2026

Respectfully Submitted,

*/s/ Kelly M. Dermody*

Kelly M. Dermody (D.C. Bar No. 90032320)
Lieff Cabraser Heimann & Bernstein LLP
250 Hudson Street 8th Floor
New York, NY 10013
Tel.: (212) 355-9500
kdermody@lchb.com

*Attorneys for Plaintiffs and the Class*